UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD FRANK OLIVER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2482** |
| **SHERIFF OF ORLEANS MARLIN GUSMAN, ET AL.** | **SECTION "S"(2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Donald Frank Oliver's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this __3rd__ day of _____February_____, 2015.

UNITED STATES DISTRICT JUDGE